## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                              :        **CHAPTER  7**
**Elizabeth Algarin**
       **DEBTOR**                       :        **BKY. NO. 23-13908-mdc**

O R D E R

      AND NOW, this **12th** day of January , 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

      It is Ordered that the Motion is Granted. Debtor has until **1/25/2024** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon.  Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge