# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13908-mdc |
| Elizabeth Algarin, | Chapter 7 |
| Debtor. | |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Motion to Convert Case from Chapter 7 to Chapter 13

- Notice of Debtor's Motion to Convert Case from Chapter 7 to Chapter 13 Response Deadline, and Hearing Date

Date: January 16, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com