**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              :        CHAPTER 7

Elizabeth Algarin

      DEBTOR                                    :        BKY. NO.  23-13908-mdc

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the MOTION TO CONVERT CASE TO A CHAPTER 13   was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                Respectfully submitted,

DATE:  February 6, 2024            /s/ Michael A. Cibik
                MICHAEL A. CIBIK, ESQUIRE
                CIBIK LAW, P.C.
                1500 WALNUT STREET, STE. 900
                PHILADELPHIA, PA 19102
                (215) 735-1060