WWR# **041404306**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Elizabeth Algarin<br><br>                    Debtor<br>Citadel Federal Credit Union | Case No 23-13908-mdc<br><br>CHAPTER 13 |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2024, it is Ordered and Decreed that confirmation of the Debtor's Plan is hereby denied.

                                                                        _____
                                                                        HONORABLE MAGDELINE D. COLEMAN
                                                                        U. S.  BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Milos Gvozdenovic, 965 Keynote Circle, Cleveland, OH 44131

Debtor:
Elizabeth Algarin, 4407 Oakmont St., Philadelphia, PA 19136

Debtor's Counsel:
Michael A. Cibik, help@cibiklaw.com

Trustee:
Kenneth E. West, ecfemails@ph13trustee.com

United States Trustee:
USTPRegion03.PH.ECF@usdoj.gov