**WWR#** 041404306

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Elizabeth Algarin<br><br>　　　　　　　　　　Debtor<br><br>Citadel Federal Credit Union | Case No 23-13908-mdc<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Milos Gvozdenovic, attorney for Creditor, do hereby certify that true and correct copies of the Objection to Debtor's Plan have been served on the 02/28/2024, upon those listed below:

Service by First-Class Mail:

Elizabeth Algarin, Debtor
4407 Oakmont St.
Philadelphia, PA 19136

and Service by NEF/ECF:

Michael A. Cibik, Debtor Attorney at help@cibiklaw.com
Kenneth E. West, Trustee at ecfemails@ph13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　Cleveland, OH 44131
　　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com