





Trade-in Range
**$13,157 - $15,562**
Trade-in Value
**$14,360**

ⓘ Important info & definitions

Value valid as of **02/14/2024**

## Factors That Impact Value
Check that yours are correct below.

Mileage: **80,115** ✏    ZIP Code: **19341** 📍

Condition
**Good** ▾    Edit Options

 Instant Cash Offer

**Instant Cash Offer Advantages** ⧉

- Get your Instant Cash Offer online
- Redeem it at a Participating Dealer
- Get cash for your car or trade it in today


Get Offer

2

# Start the Trade-in Process Online

Plus, get a no-obligation quote for your next car.

**Your Trade-in:**

2017 Dodge Challenger

[Change Vehicle](#)

## What Vehicle Are You Shopping For?

Make
Dodge

Model

ZIP
19341



## Featured Content

# Dealer Home Services: We Come To You

Video Walkaround

Test Drive at Home

Local Home Delivery

# Maintenance from Your Door

Need maintenance or repair on your current car? A dealer will pick up your vehicle, perform repairs or maintenance services and bring it back to you. It delivers peace of mind and keeps your car running its best.

Search Local Providers

## New Car Price Quote

**Get the best deal on a new car!**

Compare prices from three local dealers.

Make: Dodge

Model

Style/Trim

ZIP: 19341

Find Dealers

## Featured Partners

## Give Buyers Confidence

Show them a clean AutoCheck vehicle history report.

Get Your Report

## Pre-Qualify for Auto Financing

Pre-qualify for an auto loan with no impact to your credit score.

Get Started

FAQ    |    Contact Us    |    Do Not Sell My Personal Information    |    Do Not Process My Sensitive Information    |    About Us    |    Careers    |    Corporate    |    Advertising    |    Media    |    Site Map    |    KBB Brazil    |    KBB Canada

© 1995-2024 Kelley Blue Book Co.®, Inc. All rights reserved.

Copyrights & Trademarks  |  Vehicle Photos © Evox Images  |  Terms of Service  |  Privacy Policy  |  Linking Policy  |

Accessibility Statement  |  Manage Cookies