## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )     CASE NO.: 23-13908-MDC

                           )

Elizabeth Algarin,          )

                           )

            Debtor      )     CHAPTER 13

### CERTIFICATE OF SERVICE

      I certify that on March 08, 2024, I caused to be served a true and correct copy of the foregoing

Objection to Confirmation by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Elizabeth Algarin
4407 Oakmont Street
Philadelphia, PA 19136

Via CM / ECF / NEF

MICHAEL A. CIBIK
1500 Walnut Street , Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

United States Trustee
Robert N.C. Nix Federal Building ,
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118