**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  )  <br> ) <br> Elizabeth Algarin,  ) <br> ) <br> Debtor  ) <br> ) | CASE NO.: 23-13908-MDC <br><br><br><br> CHAPTER 13 |

### ORDER OF COURT

AND NOW, this ___ day of _____, 20__, upon consideration of the Objection by Ally Capital, confirmation of the Proposed Plan is denied by the Court.

BY THE COURT:

_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE