| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:  TW1-TUH-Weekly<br>Pay Begin Date:  09/24/2023<br>Pay End Date:  09/30/2023 | Business Unit:  610<br>Advice #:  000000002338353<br>Advice Date:  10/06/2023 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Elizabeth Algarin<br>4407 Oakmont Street<br>Philadelphia, PA  19136 | Employee ID:  800021444<br>Department:  1081200-PCA Nursing Resources<br>Location:  PCA Nursing Resources<br>Job Title:  PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 24.930000 | 40.00 | 997.21 | 1,417.00 | 34,762.72 |
| Shift .90 | 0.900000 | 55.00 | 49.50 | 1,756.75 | 1,581.14 |
| OT @ 1.5 | 26.266545 | 15.00 | 570.95 | 293.75 | 10,944.59 |
| Precep 1.0 | 1.000000 | 24.00 | 24.00 | 119.00 | 119.00 |
| OT Stndard | | 0.00 | | 30.00 | 734.04 |
| Prem .45 | | 0.00 | | 8.00 | 3.60 |
| Holiday | | 0.00 | | 32.00 | 787.68 |
| Vacation | | 0.00 | | 92.50 | 2,297.15 |
| Hol Pd Out | | 0.00 | | 16.00 | 390.00 |
| Hol Pr 0.5 | | 0.00 | | 8.00 | 99.72 |
| Personal | | 0.00 | | 24.00 | 598.33 |
| Sick Leave | | 0.00 | | 32.00 | 782.64 |
| Nonprod Pd | | 0.00 | | 2.50 | 60.75 |
| Uniform | | | 0.00 | | 72.00 |
| **TOTAL:** | | **134.00** | **1,641.66** | **3,831.50** | **53,233.36** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 96.79 | 3,100.73 |
| Fed MED/EE | 22.64 | 725.17 |
| Fed Withholdng | 176.42 | 4,526.88 |
| PA Withholdng | 48.56 | 1,560.59 |
| PA Unempl EE | 1.15 | 37.26 |
| PHILADELPHIA Withhol | 61.56 | 2,010.40 |
| **TOTAL:** | **407.12** | **11,961.03** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 60.00 | 2,400.00 |
| OntW1 Park | 20.54 | 821.60 |
| FSA Med | 0.00 | 0.00 |
| **TOTAL:** | **80.54** | **3,221.60** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DUE99C TUH | 13.74 | 542.85 |
| TH Perks | 53.43 | 1,331.85 |
| **TOTAL:** | **67.17** | **1,874.70** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 406.07 | 16,220.60 |
| Dental | 20.19 | 806.39 |
| Vision | 1.33 | 53.20 |
| Life | 0.17 | 6.80 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,641.66 | 1,561.12 | 407.12 | 147.71 | 1,086.83 |
| YTD | 53,233.36 | 50,011.76 | 11,961.03 | 5,096.30 | 36,176.03 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 40.60 |
| Sick | 77.06 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002338353 | Checking | XXXXXXXXXXX7302 | 50.00 |
| | Checking | XXXXXXXXXXX5812 | 1,036.83 |
| **TOTAL:** | | | **1,086.83** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:    TW1-TUH-Weekly<br>Pay Begin Date:    10/01/2023<br>Pay End Date:    10/07/2023 | Business Unit:    610<br>Advice #:    000000002343572<br>Advice Date:    10/13/2023 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Elizabeth Algarin<br>4407 Oakmont Street<br>Philadelphia, PA  19136 | Employee ID:    800021444<br>Department:    1081200-PCA Nursing Resources<br>Location:    PCA Nursing Resources<br>Job Title:    PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS

| | | ------- Current ------- | | ------- YTD ------- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| FMLA Sick | 24.930000 | 32.00 | 797.76 | 32.00 | 797.76 |
| Sick Leave | 24.930000 | 8.00 | 199.44 | 40.00 | 982.08 |
| OT Stndard | | 0.00 | | 30.00 | 734.04 |
| Regular | | 0.00 | | 1,417.00 | 34,762.72 |
| Shift .90 | | 0.00 | | 1,756.75 | 1,581.14 |
| OT @ 1.5 | | 0.00 | | 293.75 | 10,944.59 |
| Prem .45 | | 0.00 | | 8.00 | 3.60 |
| Holiday | | 0.00 | | 32.00 | 787.68 |
| Vacation | | 0.00 | | 92.50 | 2,297.15 |
| Hol Pd Out | | 0.00 | | 16.00 | 390.00 |
| Hol Pr 0.5 | | 0.00 | | 8.00 | 99.72 |
| Personal | | 0.00 | | 24.00 | 598.33 |
| Nonprod Pd | | 0.00 | | 2.50 | 60.75 |
| Precep 1.0 | | 0.00 | | 119.00 | 119.00 |
| Uniform | | 0.00 | | | 72.00 |
| **TOTAL:** | | **40.00** | **997.20** | **3,871.50** | **54,230.56** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 56.83 | 3,157.56 |
| Fed MED/EE | 13.29 | 738.46 |
| Fed Withholdng | 63.88 | 4,590.76 |
| PA Withholdng | 28.77 | 1,589.36 |
| PA Unempl EE | 0.70 | 37.96 |
| PHILADELPHIA Withhol | 37.40 | 2,047.80 |
| **TOTAL:** | **200.87** | **12,161.90** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 60.00 | 2,460.00 |
| OntW1 Park | 20.54 | 842.14 |
| FSA Med | 0.00 | 0.00 |
| **TOTAL:** | **80.54** | **3,302.14** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DUE99C TUH | 13.74 | 556.59 |
| TH Perks | 46.49 | 1,378.34 |
| **TOTAL:** | **60.23** | **1,934.93** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 406.07 | 16,626.67 |
| Dental | 20.19 | 826.58 |
| Vision | 1.33 | 54.53 |
| Life | 0.17 | 6.97 |
| *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 997.20 | 916.66 | 200.87 | 140.77 | 655.56 |
| YTD | 54,230.56 | 50,928.42 | 12,161.90 | 5,237.07 | 36,831.59 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 42.91 |
| Sick | 38.91 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002343572 | Checking | XXXXXXXXXXX7302 | 50.00 |
| | Checking | XXXXXXXXXXX5812 | 605.56 |
| **TOTAL:** | | | **655.56** |

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>10/08/2023<br>10/14/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000002345276<br>10/20/2023 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Elizabeth Algarin**<br>4407 Oakmont Street<br>Philadelphia, PA  19136 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800021444<br>1081200-PCA Nursing Resources<br>PCA Nursing Resources<br>PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| OT Stndard | 24.930000 | 7.00 | 174.51 | 37.00 | 908.55 | Fed OASDI/EE | 68.49 | 3,226.05 |
| Regular | 24.930000 | 8.00 | 199.44 | 1,425.00 | 34,962.16 | Fed MED/EE | 16.02 | 754.48 |
| Shift .90 | 0.900000 | 15.00 | 13.50 | 1,771.75 | 1,594.64 | Fed Withholdng | 86.45 | 4,677.21 |
| FMLA Sick | 24.930000 | 32.00 | 797.76 | 64.00 | 1,595.52 | PA Withholdng | 34.54 | 1,623.90 |
| OT @ 1.5 | | | 0.00 | 293.75 | 10,944.59 | PA Unempl EE | 0.83 | 38.79 |
| Prem .45 | | | 0.00 | 8.00 | 3.60 | PHILADELPHIA Withhol | 44.45 | 2,092.25 |
| Holiday | | | 0.00 | 32.00 | 787.68 | | | |
| Vacation | | | 0.00 | 92.50 | 2,297.15 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 99.72 | | | |
| Personal | | | 0.00 | 24.00 | 598.33 | | | |
| Sick Leave | | | 0.00 | 40.00 | 982.08 | | | |
| Nonprod Pd | | | 0.00 | 2.50 | 60.75 | | | |
| Precep 1.0 | | | 0.00 | 119.00 | 119.00 | | | |
| Uniform | | | 0.00 | | 72.00 | | | |
| **TOTAL:** | | **62.00** | **1,185.21** | **3,933.50** | **55,415.77** | **TOTAL:** | **250.78** | **12,412.68** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PersChoice | 60.00 | 2,520.00 | DUE99C TUH | 13.74 | 570.33 | PersChoice | 406.07 | 17,032.74 |
| OntW1 Park | 20.54 | 862.68 | TH Perks | 46.49 | 1,424.83 | Dental | 20.19 | 846.77 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 55.86 |
| | | | | | | Life | 0.17 | 7.14 |
| **TOTAL:** | **80.54** | **3,382.68** | **TOTAL:** | **60.23** | **1,995.16** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,185.21 | 1,104.67 | 250.78 | 140.77 | 793.66 |
| YTD | 55,415.77 | 52,033.09 | 12,412.68 | 5,377.84 | 37,625.25 |

| BENEFIT TIME | BALANCE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| | | | **Account Type** | **Account Number** | **Deposit Amount** |
| Vacation | 45.22 | Advice #000000002345276 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Sick | 8.76 | | Checking | XXXXXXXXXXX5812 | 743.66 |
| Personal | 0.00 | | | | |
| | | | TOTAL: | | 793.66 |

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:    TW1-TUH-Weekly<br>Pay Begin Date:    10/15/2023<br>Pay End Date:    10/21/2023 | Business Unit:    610<br>Advice #:    000000002351568<br>Advice Date:    10/27/2023 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Elizabeth Algarin<br>4407 Oakmont Street<br>Philadelphia, PA  19136 | Employee ID:    800021444<br>Department:    1081200-PCA Nursing Resources<br>Location:    PCA Nursing Resources<br>Job Title:    PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 24.930000 | 40.00 | 997.20 | 1,465.00 | 35,959.36 | Fed OASDI/EE | 75.88 | 3,301.93 |
| Shift .90 | 0.900000 | 47.00 | 42.30 | 1,818.75 | 1,636.94 | Fed MED/EE | 17.75 | 772.23 |
| OT @ 1.5 | 25.830000 | 7.00 | 264.92 | 300.75 | 11,209.51 | Fed Withholdng | 102.22 | 4,779.43 |
| OT Stndard | | | 0.00 | 37.00 | 908.55 | PA Withholdng | 38.20 | 1,662.10 |
| Prem .45 | | | 0.00 | 8.00 | 3.60 | PA Unempl EE | 0.91 | 39.70 |
| Holiday | | | 0.00 | 32.00 | 787.68 | PHILADELPHIA Withhol | 48.92 | 2,141.17 |
| Vacation | | | 0.00 | 92.50 | 2,297.15 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 99.72 | | | |
| Personal | | | 0.00 | 24.00 | 598.33 | | | |
| FMLA Sick | | | 0.00 | 64.00 | 1,595.52 | | | |
| Sick Leave | | | 0.00 | 40.00 | 982.08 | | | |
| Nonprod Pd | | | 0.00 | 2.50 | 60.75 | | | |
| Precep 1.0 | | | 0.00 | 119.00 | 119.00 | | | |
| Uniform | | | 0.00 | | 72.00 | | | |
| TOTAL: | | 94.00 | 1,304.42 | 4,027.50 | 56,720.19 | TOTAL: | 283.88 | 12,696.56 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PersChoice | 60.00 | 2,580.00 | DUE99C TUH | 13.74 | 584.07 | PersChoice | 406.07 | 17,438.81 |
| OntW1 Park | 20.54 | 883.22 | TH Perks | 46.49 | 1,471.32 | Dental | 20.19 | 866.96 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 57.19 |
| | | | | | | Life | 0.17 | 7.31 |
| TOTAL: | 80.54 | 3,463.22 | TOTAL: | 60.23 | 2,055.39 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,304.42 | 1,223.88 | 283.88 | 140.77 | 879.77 |
| YTD | 56,720.19 | 53,256.97 | 12,696.56 | 5,518.61 | 38,505.02 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|
| Vacation | 47.53 | | Account Type | Account Number | Deposit Amount |
| Sick | 10.61 | Advice #000000002351568 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Personal | 0.00 | | Checking | XXXXXXXXXXX5812 | 829.77 |
| | | TOTAL: | | | 879.77 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>10/22/2023<br>10/28/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000002353297<br>11/03/2023 |
|---|---|---|---|---|

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Elizabeth Algarin**<br>4407 Oakmont Street<br>Philadelphia, PA 19136 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800021444<br>1081200-PCA Nursing Resources<br>PCA Nursing Resources<br>PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 24.930000 | 32.00 | 797.76 | 1,497.00 | 36,757.12 | Fed OASDI/EE | 58.62 | 3,360.55 |
| Shift .90 | 0.900000 | 32.00 | 28.80 | 1,850.75 | 1,665.74 | Fed MED/EE | 13.71 | 785.94 |
| Vacation | 24.930000 | 8.00 | 199.44 | 100.50 | 2,496.59 | Fed Withholdng | 67.34 | 4,846.77 |
| OT Stndard | | 0.00 | | 37.00 | 908.55 | PA Withholdng | 29.66 | 1,691.76 |
| OT @ 1.5 | | 0.00 | | 300.75 | 11,209.51 | PA Unempl EE | 0.72 | 40.42 |
| Prem .45 | | 0.00 | | 8.00 | 3.60 | PHILADELPHIA Withhol | 38.48 | 2,179.65 |
| Holiday | | 0.00 | | 32.00 | 787.68 | | | |
| Hol Pd Out | | 0.00 | | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | 0.00 | | 8.00 | 99.72 | | | |
| Personal | | 0.00 | | 24.00 | 598.33 | | | |
| FMLA Sick | | 0.00 | | 64.00 | 1,595.52 | | | |
| Sick Leave | | 0.00 | | 40.00 | 982.08 | | | |
| Nonprod Pd | | 0.00 | | 2.50 | 60.75 | | | |
| Precep 1.0 | | 0.00 | | 119.00 | 119.00 | | | |
| Uniform | | | | 0.00 | 72.00 | | | |
| **TOTAL:** | | **72.00** | **1,026.00** | **4,099.50** | **57,746.19** | **TOTAL:** | **208.53** | **12,905.09** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PersChoice | 60.00 | 2,640.00 | DUE99C TUH | 13.74 | 597.81 | PersChoice | 406.07 | 17,844.88 |
| OntW1 Park | 20.54 | 903.76 | TH Perks | 46.49 | 1,517.81 | Dental | 20.19 | 887.15 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 58.52 |
| | | | | | | Life | 0.17 | 7.48 |
| **TOTAL:** | **80.54** | **3,543.76** | **TOTAL:** | **60.23** | **2,115.62** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,026.00 | 945.46 | 208.53 | 140.77 | 676.70 |
| YTD | 57,746.19 | 54,202.43 | 12,905.09 | 5,659.38 | 39,181.72 |

| BENEFIT TIME | BALANCE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| | | | Account Type | Account Number | Deposit Amount |
| Vacation | 41.84 | Advice #000000002353297 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Sick | 12.46 | | Checking | XXXXXXXXXXX5812 | 626.70 |
| Personal | 0.00 | | | | |
| | | | **TOTAL:** | | **676.70** |

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:  TW1-TUH-Weekly<br>Pay Begin Date:  10/29/2023<br>Pay End Date:  11/04/2023 | Business Unit:  610<br>Advice #:  000000002356821<br>Advice Date:  11/10/2023 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Elizabeth Algarin**<br>4407 Oakmont Street<br>Philadelphia, PA  19136 | Employee ID:  800021444<br>Department:  1081200-PCA Nursing Resources<br>Location:  PCA Nursing Resources<br>Job Title:  PATIENT CARE ASST | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 24.930000 | 32.00 | 797.76 | 1,529.00 | 37,554.88 | Fed OASDI/EE | 76.60 | 3,437.15 |
| Shift .90 | 0.900000 | 39.50 | 35.55 | 1,890.25 | 1,701.29 | Fed MED/EE | 17.91 | 803.85 |
| OT @ 1.5 | 25.678526 | 7.50 | 283.27 | 308.25 | 11,492.78 | Fed Withholdng | 104.78 | 4,951.55 |
| Vacation | 24.930000 | 8.00 | 199.44 | 108.50 | 2,696.03 | PA Withholdng | 38.56 | 1,730.32 |
| OT Stndard | | | 0.00 | 37.00 | 908.55 | PA Unempl EE | 0.92 | 41.34 |
| Prem .45 | | | 0.00 | 8.00 | 3.60 | PHILADELPHIA Withhol | 49.35 | 2,229.00 |
| Holiday | | | 0.00 | 32.00 | 787.68 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 99.72 | | | |
| Personal | | | 0.00 | 24.00 | 598.33 | | | |
| FMLA Sick | | | 0.00 | 64.00 | 1,595.52 | | | |
| Sick Leave | | | 0.00 | 40.00 | 982.08 | | | |
| Nonprod Pd | | | 0.00 | 2.50 | 60.75 | | | |
| Precep 1.0 | | | 0.00 | 119.00 | 119.00 | | | |
| Uniform | | | | 0.00 | 72.00 | | | |
| **TOTAL:** | | **87.00** | **1,316.02** | **4,186.50** | **59,062.21** | **TOTAL:** | **288.12** | **13,193.21** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PersChoice | 60.00 | 2,700.00 | DUE99C TUH | 13.74 | 611.55 | PersChoice | 406.07 | 18,250.95 |
| OntW1 Park | 20.54 | 924.30 | TH Perks | 52.08 | 1,569.89 | Dental | 20.19 | 907.34 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 59.85 |
| | | | | | | Life | 0.17 | 7.65 |
| **TOTAL:** | **80.54** | **3,624.30** | **TOTAL:** | **65.82** | **2,181.44** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,316.02 | 1,235.48 | 288.12 | 146.36 | 881.54 |
| YTD | 59,062.21 | 55,437.91 | 13,193.21 | 5,805.74 | 40,063.26 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 36.15 | | Account Type | Account Number | Deposit Amount |
| Sick | 14.31 | Advice #000000002356821 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Personal | 0.00 | | Checking | XXXXXXXXXXX5812 | 831.54 |
| | | **TOTAL:** | | | **881.54** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| **Temple University Hospital**<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>11/05/2023<br>11/11/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000002363103<br>11/17/2023 |
|---|---|---|---|---|

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Elizabeth Algarin**<br>4407 Oakmont Street<br>Philadelphia, PA  19136 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800021444<br>1081200-PCA Nursing Resources<br>PCA Nursing Resources<br>PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 24.930000 | 40.00 | 997.20 | 1,569.00 | 38,552.08 | Fed OASDI/EE | 95.10 | 3,532.25 |
| Shift .90 | 0.900000 | 55.00 | 49.50 | 1,945.25 | 1,750.79 | Fed MED/EE | 22.24 | 826.09 |
| OT @ 1.5 | 25.830000 | 15.00 | 567.68 | 323.25 | 12,060.46 | Fed Withholdng | 170.42 | 5,121.97 |
| OT Stndard | | | 0.00 | 37.00 | 908.55 | PA Withholdng | 47.72 | 1,778.04 |
| Prem .45 | | | 0.00 | 8.00 | 3.60 | PA Unempl EE | 1.13 | 42.47 |
| Holiday | | | 0.00 | 32.00 | 787.68 | PHILADELPHIA Withhol | 60.54 | 2,289.54 |
| Vacation | | | 0.00 | 108.50 | 2,696.03 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 99.72 | | | |
| Personal | | | 0.00 | 24.00 | 598.33 | | | |
| FMLA Sick | | | 0.00 | 64.00 | 1,595.52 | | | |
| Sick Leave | | | 0.00 | 40.00 | 982.08 | | | |
| Nonprod Pd | | | 0.00 | 2.50 | 60.75 | | | |
| Precep 1.0 | | | 0.00 | 119.00 | 119.00 | | | |
| Uniform | | | 0.00 | | 72.00 | | | |
| **TOTAL:** | | **110.00** | **1,614.38** | **4,296.50** | **60,676.59** | **TOTAL:** | **397.15** | **13,590.36** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| PersChoice | 60.00 | 2,760.00 | DUE99C TUH | 13.74 | 625.29 | PersChoice | 406.07 | 18,657.02 |
| OntW1 Park | 20.54 | 944.84 | TH Perks | 52.08 | 1,621.97 | Dental | 20.19 | 927.53 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 61.18 |
| | | | | | | Life | 0.17 | 7.82 |
| **TOTAL:** | **80.54** | **3,704.84** | **TOTAL:** | **65.82** | **2,247.26** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,614.38 | 1,533.84 | 397.15 | 146.36 | 1,070.87 |
| YTD | 60,676.59 | 56,971.75 | 13,590.36 | 5,952.10 | 41,134.13 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| | | | **Account Type** | **Account Number** | **Deposit Amount** |
| Vacation | 38.46 | Advice #000000002363103 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Sick | 16.16 | | Checking | XXXXXXXXXXX5812 | 1,020.87 |
| Personal | 0.00 | | | | |
| | | **TOTAL:** | | | **1,070.87** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:     TW1-TUH-Weekly<br>Pay Begin Date:  11/12/2023<br>Pay End Date:   11/18/2023 | Business Unit:  610<br>Advice #:       000000002367548<br>Advice Date:    11/24/2023 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Elizabeth Algarin**<br>4407 Oakmont Street<br>Philadelphia, PA  19136 | Employee ID:   800021444<br>Department:    1081200-PCA Nursing Resources<br>Location:      PCA Nursing Resources<br>Job Title:     PATIENT CARE ASST | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 24.930000 | 40.00 | 997.21 | 1,609.00 | 39,549.29 | Fed OASDI/EE | 75.88 | 3,608.13 |
| Shift .90 | 0.900000 | 47.00 | 42.30 | 1,992.25 | 1,793.09 | Fed MED/EE | 17.75 | 843.84 |
| OT @ 1.5 | 25.830213 | 7.00 | 264.92 | 330.25 | 12,325.38 | Fed Withholdng | 102.23 | 5,224.20 |
| OT Stndard | | | 0.00 | 37.00 | 908.55 | PA Withholdng | 38.20 | 1,816.24 |
| Prem .45 | | | 0.00 | 8.00 | 3.60 | PA Unempl EE | 0.92 | 43.39 |
| Holiday | | | 0.00 | 32.00 | 787.68 | PHILADELPHIA Withhol | 48.92 | 2,338.46 |
| Vacation | | | 0.00 | 108.50 | 2,696.03 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 99.72 | | | |
| Personal | | | 0.00 | 24.00 | 598.33 | | | |
| FMLA Sick | | | 0.00 | 64.00 | 1,595.52 | | | |
| Sick Leave | | | 0.00 | 40.00 | 982.08 | | | |
| Nonprod Pd | | | 0.00 | 2.50 | 60.75 | | | |
| Precep 1.0 | | | 0.00 | 119.00 | 119.00 | | | |
| Uniform | | | 0.00 | | 72.00 | | | |
| **TOTAL:** | | **94.00** | **1,304.43** | **4,390.50** | **61,981.02** | **TOTAL:** | **283.90** | **13,874.26** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|---|
| PersChoice | 60.00 | 2,820.00 | DUE99C TUH | 13.74 | 639.03 | PersChoice | 406.07 | 19,063.09 |
| OntW1 Park | 20.54 | 965.38 | TH Perks | 54.92 | 1,676.89 | Dental | 20.19 | 947.72 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 62.51 |
| | | | | | | Life | 0.17 | 7.99 |
| **TOTAL:** | **80.54** | **3,785.38** | **TOTAL:** | **68.66** | **2,315.92** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,304.43 | 1,223.89 | 283.90 | 149.20 | 871.33 |
| YTD | 61,981.02 | 58,195.64 | 13,874.26 | 6,101.30 | 42,005.46 |

| BENEFIT TIME | BALANCE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| | | | **Account Type** | **Account Number** | **Deposit Amount** |
| Vacation | 40.77 | Advice #000000002367548 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Sick | 18.01 | | Checking | XXXXXXXXXXX5812 | 821.33 |
| Personal | 0.00 | | | | |
| | | | **TOTAL:** | | **871.33** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>11/19/2023<br>11/25/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000002369284<br>12/01/2023 | |
|---|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Algarin<br>4407 Oakmont Street<br>Philadelphia, PA 19136 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800021444<br>1081200-PCA Nursing Resources<br>PCA Nursing Resources<br>PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 24.930000 | 32.00 | 797.76 | 1,641.00 | 40,347.05 | Fed OASDI/EE | 76.00 | 3,684.13 |
| Shift .90 | 0.900000 | 39.25 | 35.34 | 2,031.50 | 1,828.43 | Fed MED/EE | 17.77 | 861.61 |
| OT @ 1.5 | 25.677884 | 7.25 | 273.82 | 337.50 | 12,599.20 | Fed Withholdng | 102.65 | 5,326.85 |
| Holiday | 24.930000 | 8.00 | 199.44 | 40.00 | 987.12 | PA Withholdng | 38.26 | 1,854.50 |
| OT Stndard | | | 0.00 | 37.00 | 908.55 | PA Unempl EE | 0.91 | 44.30 |
| Prem .45 | | | 0.00 | 8.00 | 3.60 | PHILADELPHIA Withhol | 48.99 | 2,387.45 |
| Vacation | | | 0.00 | 108.50 | 2,696.03 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 99.72 | | | |
| Personal | | | 0.00 | 24.00 | 598.33 | | | |
| FMLA Sick | | | 0.00 | 64.00 | 1,595.52 | | | |
| Sick Leave | | | 0.00 | 40.00 | 982.08 | | | |
| Nonprod Pd | | | 0.00 | 2.50 | 60.75 | | | |
| Precep 1.0 | | | 0.00 | 119.00 | 119.00 | | | |
| Uniform | | | | 0.00 | 72.00 | | | |
| TOTAL: | | 86.50 | 1,306.36 | 4,477.00 | 63,287.38 | TOTAL: | 284.58 | 14,158.84 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PersChoice | 60.00 | 2,880.00 | DUE99C TUH | 13.74 | 652.77 | PersChoice | 406.07 | 19,469.16 |
| OntW1 Park | 20.54 | 985.92 | TH Perks | 54.92 | 1,731.81 | Dental | 20.19 | 967.91 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 63.84 |
| | | | | | | Life | 0.17 | 8.16 |
| TOTAL: | 80.54 | 3,865.92 | TOTAL: | 68.66 | 2,384.58 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,306.36 | 1,225.82 | 284.58 | 149.20 | 872.58 |
| YTD | 63,287.38 | 59,421.46 | 14,158.84 | 6,250.50 | 42,878.04 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 43.08 | | Account Type | Account Number | Deposit Amount |
| Sick | 19.86 | Advice #000000002369284 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Personal | 0.00 | | Checking | XXXXXXXXXXX5812 | 822.58 |
| | | TOTAL: | | | 872.58 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>11/26/2023<br>12/02/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000002372809<br>12/08/2023 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Algarin<br>4407 Oakmont Street<br>Philadelphia, PA 19136 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800021444<br>1081200-PCA Nursing Resources<br>PCA Nursing Resources<br>PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 24.930000 | 40.00 | 997.22 | 1,681.00 | 41,344.27 | Fed OASDI/EE | 92.70 | 3,776.83 |
| Shift .90 | 0.900000 | 54.00 | 48.60 | 2,085.50 | 1,877.03 | Fed MED/EE | 21.68 | 883.29 |
| OT @ 1.5 | 25.830370 | 14.00 | 529.83 | 351.50 | 13,129.03 | Fed Withholdng | 161.90 | 5,488.75 |
| OT Stndard | | 0.00 | | 37.00 | 908.55 | PA Withholdng | 46.53 | 1,901.03 |
| Prem .45 | | 0.00 | | 8.00 | 3.60 | PA Unempl EE | 1.10 | 45.40 |
| Holiday | | 0.00 | | 40.00 | 987.12 | PHILADELPHIA Withhol | 59.09 | 2,446.54 |
| Vacation | | 0.00 | | 108.50 | 2,696.03 | | | |
| Hol Pd Out | | 0.00 | | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | 0.00 | | 8.00 | 99.72 | | | |
| Personal | | 0.00 | | 24.00 | 598.33 | | | |
| FMLA Sick | | 0.00 | | 64.00 | 1,595.52 | | | |
| Sick Leave | | 0.00 | | 40.00 | 982.08 | | | |
| Nonprod Pd | | 0.00 | | 2.50 | 60.75 | | | |
| Precep 1.0 | | 0.00 | | 119.00 | 119.00 | | | |
| Uniform | | | 0.00 | | 72.00 | | | |
| TOTAL: | | 108.00 | 1,575.65 | 4,585.00 | 64,863.03 | TOTAL: | 383.00 | 14,541.84 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PersChoice | 60.00 | 2,940.00 | DUE99C TUH | 13.74 | 666.51 | PersChoice | 406.07 | 19,875.23 |
| OntW1 Park | 20.54 | 1,006.46 | TH Perks | 54.92 | 1,786.73 | Dental | 20.19 | 988.10 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 65.17 |
| | | | | | | Life | 0.17 | 8.33 |
| TOTAL: | 80.54 | 3,946.46 | TOTAL: | 68.66 | 2,453.24 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,575.65 | 1,495.11 | 383.00 | 149.20 | 1,043.45 |
| YTD | 64,863.03 | 60,916.57 | 14,541.84 | 6,399.70 | 43,921.49 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 45.39 | | Account Type | Account Number | Deposit Amount |
| Sick | 21.71 | Advice #000000002372809 | Checking | XXXXXXXXXXX7302 | 50.00 |
| Personal | 0.00 | | Checking | XXXXXXXXXXX5812 | 993.45 |
| | | TOTAL: | | | 1,043.45 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.
**MESSAGE:**

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>12/03/2023<br>12/09/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000002379123<br>12/15/2023 | |
|---|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Elizabeth Algarin**<br>4407 Oakmont Street<br>Philadelphia, PA 19136 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800021444<br>1081200-PCA Nursing Resources<br>PCA Nursing Resources<br>PATIENT CARE ASST | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 24.930000 | 40.00 | 997.20 | 1,721.00 | 42,341.47 | Fed OASDI/EE | 95.10 | 3,871.93 |
| Shift .90 | 0.900000 | 55.00 | 49.50 | 2,140.50 | 1,926.53 | Fed MED/EE | 22.24 | 905.53 |
| OT @ 1.5 | 25.830000 | 15.00 | 567.68 | 366.50 | 13,696.71 | Fed Withholdng | 170.42 | 5,659.17 |
| OT Stndard | | 0.00 | | 37.00 | 908.55 | PA Withholdng | 47.72 | 1,948.75 |
| Prem .45 | | 0.00 | | 8.00 | 3.60 | PA Unempl EE | 1.13 | 46.53 |
| Holiday | | 0.00 | | 40.00 | 987.12 | PHILADELPHIA Withhol | 60.54 | 2,507.08 |
| Vacation | | 0.00 | | 108.50 | 2,696.03 | | | |
| Hol Pd Out | | 0.00 | | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | 0.00 | | 8.00 | 99.72 | | | |
| Personal | | 0.00 | | 24.00 | 598.33 | | | |
| FMLA Sick | | 0.00 | | 64.00 | 1,595.52 | | | |
| Sick Leave | | 0.00 | | 40.00 | 982.08 | | | |
| Nonprod Pd | | 0.00 | | 2.50 | 60.75 | | | |
| Precep 1.0 | | 0.00 | | 119.00 | 119.00 | | | |
| Uniform | | 0.00 | | | 72.00 | | | |
| **TOTAL:** | | **110.00** | **1,614.38** | **4,695.00** | **66,477.41** | **TOTAL:** | **397.15** | **14,938.99** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| PersChoice | 60.00 | 3,000.00 | DUE99C TUH | 13.74 | 680.25 | PersChoice | 406.07 | 20,281.30 |
| OntW1 Park | 20.54 | 1,027.00 | TH Perks | 54.92 | 1,841.65 | Dental | 20.19 | 1,008.29 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 66.50 |
| | | | | | | Life | 0.17 | 8.50 |
| **TOTAL:** | **80.54** | **4,027.00** | **TOTAL:** | **68.66** | **2,521.90** | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,614.38 | 1,533.84 | 397.15 | 149.20 | 1,068.03 |
| YTD | 66,477.41 | 62,450.41 | 14,938.99 | 6,548.90 | 44,989.52 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|
| | | **Account Type** | **Account Number** | **Deposit Amount** |
| Vacation | 47.70 | Advice #000000002379123 Checking | XXXXXXXXXXX7302 | 50.00 |
| Sick | 23.56 | Checking | XXXXXXXXXXX5812 | 1,018.03 |
| Personal | 0.00 | | | |
| | | **TOTAL:** | | **1,068.03** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group: TW1-TUH-Weekly<br>Pay Begin Date: 12/10/2023<br>Pay End Date: 12/16/2023 | Business Unit: 610<br>Advice #: 000000002380875<br>Advice Date: 12/22/2023 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Elizabeth Algarin**<br>4407 Oakmont Street<br>Philadelphia, PA 19136 | Employee ID: 800021444<br>Department: 1081200-PCA Nursing Resources<br>Location: PCA Nursing Resources<br>Job Title: PATIENT CARE ASST | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>3<br>N/A | N/A<br>N/A |

## HOURS AND EARNINGS / TAXES

|  |  | Current |  | YTD |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 24.930000 | 40.00 | 997.20 | 1,761.00 | 43,338.67 | Fed OASDI/EE | 99.56 | 3,971.49 |
| Shift .90 | 0.900000 | 55.00 | 49.50 | 2,195.50 | 1,976.03 | Fed MED/EE | 23.29 | 928.82 |
| OT @ 1.5 | 25.830000 | 15.00 | 567.68 | 381.50 | 14,264.39 | Fed Withholdng | 186.26 | 5,845.43 |
| Uniform | | | 72.00 | | 144.00 | PA Withholdng | 49.93 | 1,998.68 |
| OT Stndard | | | 0.00 | 37.00 | 908.55 | PA Unempl EE | 1.18 | 47.71 |
| Prem .45 | | | 0.00 | 8.00 | 3.60 | PHILADELPHIA Withhol | 63.24 | 2,570.32 |
| Holiday | | | 0.00 | 40.00 | 987.12 | | | |
| Vacation | | | 0.00 | 108.50 | 2,696.03 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 390.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 99.72 | | | |
| Personal | | | 0.00 | 24.00 | 598.33 | | | |
| FMLA Sick | | | 0.00 | 64.00 | 1,595.52 | | | |
| Sick Leave | | | 0.00 | 40.00 | 982.08 | | | |
| Nonprod Pd | | | 0.00 | 2.50 | 60.75 | | | |
| Precep 1.0 | | | 0.00 | 119.00 | 119.00 | | | |
| **TOTAL:** | | **110.00** | **1,686.38** | **4,805.00** | **68,163.79** | **TOTAL:** | **423.46** | **15,362.45** |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|---|
| PersChoice | 60.00 | 3,060.00 | DUE99C TUH | 13.74 | 693.99 | PersChoice | 406.07 | 20,687.37 |
| OntW1 Park | 20.54 | 1,047.54 | TH Perks | 54.92 | 1,896.57 | Dental | 20.19 | 1,028.48 |
| FSA Med | 0.00 | 0.00 | | | | Vision | 1.33 | 67.83 |
| | | | | | | Life | 0.17 | 8.67 |
| **TOTAL:** | **80.54** | **4,107.54** | **TOTAL:** | **68.66** | **2,590.56** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,686.38 | 1,605.84 | 423.46 | 149.20 | 1,113.72 |
| YTD | 68,163.79 | 64,056.25 | 15,362.45 | 6,698.10 | 46,103.24 |

| **BENEFIT TIME** | **BALANCE** | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|
| Vacation | 50.01 | **Account Type** | **Account Number** | **Deposit Amount** |
| Sick | 25.41 | Advice #000000002380875  Checking | XXXXXXXXXXX7302 | 50.00 |
| Personal | 0.00 | Checking | XXXXXXXXXXX5812 | 1,063.72 |
| | | **TOTAL:** | | **1,113.72** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.
**MESSAGE:**