WWR# 041404306

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 13 |
| | ) | |
| Elizabeth Algarin | ) | BANKRUPTCY NO. 23-13908-mdc |
| Debtor | ) | |
| | ) | |
| Citadel Federal Credit Union | ) | |
| Movant | ) | |
| | ) | Related to Document #  30 |

## PRAECIPE TO WITHDRAW OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

CHECK ONE:

☒        The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated: 05/10/2024

/s/ Milos Gvozdenovic
Milos Gvozdenovic
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com