# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Elizabeth Algarin, *Debtor*. | Case No. 23-13908-AMC <br> Chapter 13 |

## Order Granting Motion to Determine Value of Property

And now, after consideration of the Motion to Determine Value of Property filed by Debtor Elizabeth Algarin, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. It is **DETERMINED** that the value of the 2020 Dodge Charger, VIN 2C3CDXGJ4LH122597 is $34,154.00.

3. Claim No. 3 of Ally Capital must be paid by the trustee as follows:

   Secured ................................................................................$34,154.00

   Priority Unsecured ......................................................................$0.00

   General Unsecured ...............................................................$6,095.01

   Total ..................................................................................$40,249.01

4. The secured component of Claim No. 3 must be paid at an interest rate of 7.30%.

Date:

                                                Ashely M. Chan
                                                Chief U.S. Bankruptcy Judge