**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Elizabeth Algarin,                           Chapter 13

          Debtor                           Case No.23-13908-amc

**<u>PRAECIPE TO AMEND ADDRESS</u>**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

    <u>**Old Address**</u>:                           <u>**New Address**</u>:

    4407 Oakmont Street                        1104 Colonial Avenue
    Philadelphia, PA 19136                     Bensalem, PA 19020

Date:  October 3, 2024                        CIBIK LAW, P.C.
                    Attorney for Debtor

                    By: <u>/s/ Michael A. Cibik</u>
                      Michael A. Cibik, Esquire
                      Attorney I.D. 23110
                      1500 Walnut Street, Suite 900
                      Philadelphia, PA 19102
                      P: 215-735-1060/F: 215-735-6769
                      E:  mail@cibiklaw.com