**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Elizabeth Algarin | ) | |
| Debtor | ) | |
| | ) | CASE NO.: 23-13908-AMC |

**STIPULATION RESOLVING DEBTOR'S MOTION TO VALUE AND OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN BY ALLY CAPITAL**

Ally Capital (the "Creditor"), who is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2020 Dodge Charger Sedan 4D Scat Pack 6.4L V8, VIN: 2C3CDXGJ4LH122597 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Debtor's Motion to Value and Objection to Confirmation of Debtor's Proposed Plan by Ally Capital.

**IT IS THEREFORE STIPULATED THAT:**

**Debtor is to amend plan:** Within 30 days of entry of this Order, the Debtor must file a proposed modification of the plan to provide for payment of Creditor's claim in the amount of $39,250.00 at 9.94% interest for a total of $49,967.29 though the Chapter 13 plan.

**IT IS THEREFORE STIPULATED** that Ally Capital will be paid $39,250.00 at 9.94% interest for a total of $49,967.29, through the Chapter 13 plan: and

The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

CONSENTED TO BY:

DATED: October 2, 2024

*MMC* (signature)

MICHAEL A. CIBIK
Attorney for the Debtor

CONSENTED TO BY:

DATED: 10/2/2024

*Regina Cohen* (signature)

REGINA COHEN
Attorney for Ally Capital

CONSENTED TO BY:

DATED: October 9, 2024

s/ LeeAne O. Huggins

KENNETH E. WEST
Chapter 13 Trustee

2