**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Elizabeth Algarin,<br><br>      *Debtor*. | Case No. 23-13908-amc<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Debtor's Third Amended Chapter 13 Plan

Dated: November 1, 2024      /s/ Michael A. Cibik
                Michael A. Cibik (#23110)
                Cibik Law, P.C
                1500 Walnut Street, Suite 900
                Philadelphia, PA 19102
                215-735-1060
                help@cibiklaw.com

## Mailing List Exhibit

Purchasing Power, LLC
2727 Paces Ferry Road SE
Bldg 2 Ste 1200
Atlanta, GA 30339