# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ELIZABETH ALGARIN<br>                          Debtor<br><br>ALLY CAPITAL<br>                          Movant<br><br>vs<br><br>ELIZABETH ALGARIN<br>                          Respondent<br><br>and<br><br>KENNETH E. WEST<br>                          Trustee | CHAPTER 13<br><br>CASE NO.: 23-13908-AMC<br><br>STIPULATION RESOLVING DEBTOR'S MOTION TO VALUE AND OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN BY ALLY CAPITAL |

**ORDER APPROVING STIPULATION RESOLVING DEBTOR'S MOTION TO VALUE AND OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN BY ALLY CAPITAL**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Debtor's Motion To Value And Objection To Confirmation Of Debtor's Proposed Plan By Ally Capital is approved.

By the Court, _____
Ashely M. Chan
United States Bankruptcy Judge

Dated: Nov. 6, 2024