United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-13908-amc |
|---|---|
| Elizabeth Algarin | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++         Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Elizabeth Algarin, 1104 Colonial Avenue, Bensalem, PA 19020-6327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Elizabeth Algarin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citadel Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| REGINA COHEN | on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com |
| ROBERT W. SEITZER | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ELIZABETH ALGARIN<br>　　　　　　　　　　Debtor<br><br>ALLY CAPITAL<br>　　　　　　　　　　Movant<br><br>vs<br><br>ELIZABETH ALGARIN<br>　　　　　　　　　　Respondent<br><br>and<br><br>KENNETH E. WEST<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br>CASE NO.: 23-13908-AMC<br><br>STIPULATION RESOLVING DEBTOR'S MOTION TO VALUE AND OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN BY ALLY CAPITAL |

## ORDER APPROVING STIPULATION RESOLVING DEBTOR'S MOTION TO VALUE AND OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN BY ALLY CAPITAL

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Debtor's Motion To Value And Objection To Confirmation Of Debtor's Proposed Plan By Ally Capital is approved.

By the Court, _____
Ashely M. Chan
United States Bankruptcy Judge

Dated: Nov. 6, 2024