United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13908-amc

Elizabeth Algarin  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Dec 06, 2024      Form ID: 155      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Elizabeth Algarin, 1104 Colonial Avenue, Bensalem, PA 19020-6327 |
| 14844156 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14843217 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2024 00:29:54 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861043 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2024 00:47:44 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14844141 | | Email/Text: ally@ebn.phinsolutions.com | Dec 07 2024 00:55:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14844144 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14844142 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 07 2024 00:30:55 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14844143 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 07 2024 00:56:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14857369 | + | Email/Text: BKRMailOps@weltman.com | Dec 07 2024 00:56:00 | Citadel Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14844145 | | Email/Text: bankruptcy@philapark.org | Dec 07 2024 00:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14844146 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2024 00:55:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14844147 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 07 2024 00:56:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14844148 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 07 2024 00:56:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14844149 | | Email/Text: Bankruptcy@ICSystem.com | Dec 07 2024 00:55:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 14844150 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2024 00:55:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: 155 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14844151 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2024 00:56:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14844152 | | Email/PDF: cbp@omf.com | Dec 07 2024 00:49:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14844153 | | Email/Text: fesbank@attorneygeneral.gov | Dec 07 2024 00:55:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14844158 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2024 00:55:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14844159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 00:29:30 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14874255 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 00:29:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14844160 | | Email/Text: signed.order@pfwattorneys.com | Dec 07 2024 00:55:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 14844154 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2024 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14844155 | ^ | MEBN | Dec 07 2024 00:09:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14844157 | | Email/Text: bankruptcy@philapark.org | Dec 07 2024 00:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14868933 | + | Email/Text: bankruptcy@purchasingpower.com | Dec 07 2024 00:56:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |
| 14844161 | | Email/Text: bankruptcy@springoakscapital.com | Dec 07 2024 00:55:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 14873093 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2024 00:46:50 | Spring Oaks Capital SPV, LLC, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14844162 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 07 2024 00:56:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14844163 | ^ | MEBN | Dec 07 2024 00:09:01 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: 155 | Total Noticed: 30 |

Date: Dec 08, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Elizabeth Algarin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citadel Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| REGINA COHEN | on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Elizabeth Algarin                       Case No. 23−13908−amc

   Debtor(s).                             Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 5, 2024                                           For The Court

                                                                           Ashely M. Chan  
                                                                          Chief Judge, United States Bankruptcy Court