## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth Algarin,<br><br>*Debtor*. | Case No. 23-13908-DJB<br>Chapter 13 |

## Motion to Modify Plan After Confirmation

Debtor Elizabeth Algarin, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 28, 2023.
2. The plan was confirmed on December 6, 2024.
3. Following confirmation of the current confirmed plan, the Debtor's 2020 Dodge Charger, VIN: 2C3CDXGJ4LH122597, that secures Creditor Ally Capital's ("Ally") claim was stolen, gutted for parts, and considered totaled for insurance purposes.
4. To date, the Trustee has already distributed $9,444.57 to Ally.
5. The Debtor's car insurance company, USAA, at the Trustee's direction, has distributed an insurance payout check of $30,643.63 to Ally, and Ally indicated in writing that the title would be released upon receipt.
6. Ally's original and current proof of claim reflects a wholly secured claim in the amount of $40,249.01.
7. The amounts already paid to the Ally by the trustee and USAA leave $160.81 left to be paid on the amount listed in Ally's current proof of claim.
8. The Proposed Modified Chapter 13 Plan provides for the remaining $160.81 to be paid to Ally in full as well as the full payment of all unsecured claims.
9. The Debtor asks this Court to approve the proposed plan filed at ECF No. 76.

**NOW, THEREFORE,** the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 10, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*
/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com