## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth Algarin,<br><br>*Debtor*. | Case No. 23-13908-DJB<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 77, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 76) is **APPROVED**.

**Date:**

Honorable Derek J. Baker<br>
U.S. Bankruptcy Judge