**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Elizabeth Algarin,<br><br>                        *Debtor*. | Case No. 23-13908-DJB<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

    I, Michael A. Cibik, certify that on September 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

- Modified Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 10, 2025

                                                  /s/ Michael A. Cibik
                                                  Michael A. Cibik (#23110)
                                                  Cibik Law, P.C.
                                                  1500 Walnut Street, Suite 900
                                                  Philadelphia, PA 19102
                                                  215-735-1060
                                                  mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Citadel Federal Credit Union**
**c/o Weltman, Weinberg & Reis Co LPA**
**965 Keynote Circle**
**Cleveland, OH 44131**
Method of Service: First Class Mail

**Ally Capital**
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Method of Service: First Class Mail

**Purchasing Power, LLC**
2727 Paces Ferry Road SE
Bldg. 2, Ste 1200
Atlanta, GA 30339
Method of Service: First Class Mail