# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth Algarin,<br><br>*Debtor*. | Case No. 23-13908-DJB<br>Chapter 13 |

## Motion to Modify Plan After Confirmation

Debtor Elizabeth Algarin, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 28, 2023.
2. The plan was confirmed on December 6, 2024.
3. The Proposed Modified Chapter 13 Plan includes the amount previously paid to Ally Capital by the Trustee that was previously left out of Sections 2(e)(D) and 4(c) in the previous modified plan, adjusts the amount being paid to unsecured creditors to 100%, re-adjusts the monthly payments accordingly, and checks the box for cram-down at the top of the plan, which was previously left unchecked.
4. The Debtor asks this Court to approve the proposed plan filed at ECF No. 85.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: November 12Gwuvz                    CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com