**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Elizabeth Algarin, | Case No. 23-13908-DJB |
| | Chapter 13 |
| *Debtor*. | |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on March 18, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan (ECF No. 93)

I certify under penalty of perjury that the above document(s) was sent using the mode of

service indicated.

Date: March 18, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

Ally Capital
500 Woodward Ave
Detroit, MI 48226-3416

Citadel FCU
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Attn: Parking Violations Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenitycapital/bjsclb
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Fifth Judicial District of
Pennsylvania
City-County Building
414 Grant Street
Pittsburgh, PA 15219

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

**IC Systems, Inc**
Attn: Bankruptcy
PO Box 64378
St. Paul, MN 55164-0378

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Midland Funding/Midland
Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Dept. of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd
Floor
Philadelphia, PA 19122

**Philadelphia Parking
Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**PNC Financial**
Attn: Bankruptcy 300 Fifth Avenue
Pittsburgh, PA 15222

**Portfolio Recovery
Associates, LLC**
P.O. Box 41067
Norfolk, VA 23541-1067

**Pressler Felt & Warshaw LLP**
7 Entin Rd
Parsippany, NJ 07054-5020

**Purchasing Power LLC**
Attn: Bankruptcy
2727 Paces Ferry Rd Se Ste 1-200 Bldg
2 Atlanta, GA 30339-6151

**Spring Oaks Capital, LLC**
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327-1216

U.S. Attorney, Eastern
District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683